UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Christine M. Araman
_____
Write the full name of each plaintiff.

-against-

See attached
_____
_____
_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☒ No

21 CV 8397

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

# Complaintant

**Christine Araman**
42 Peck Slip
Apt. 2A
New York, NY 10038
917-796-6924

# List of Defendants

| | |
|---|---|
| **Real Estate Board of New York**<br>570 Lexington Avenue<br>2nd Floor<br>New York, NY 10022<br>212-616-5200 | **Jonathan Gardner**<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Attn: Dept for Court Papers Served<br>212-907-0700 |
| **237 W 105th Street LLC c/o Fred L. Seeman Esq.**<br>32 Broadway Suite 1214<br>New York, NY 10004<br>212-608-5000 | **Federal Bureau of Investigation**<br>26 Federal Plaza<br>New York, NY 10278<br>Attn: Legal<br>212-384-1000 |
| **Real Broker LLC**<br>27 West 24th Street<br>Suite 407<br>New York, NY 10010<br>855-450-0442 | **Nina Carlow Esq c/o Bronx County District Attorney**<br>198 E 161st Street<br>Bronx NY 10451<br>718-590-2000 |
| **Alex, Beverly, Paul Araman**<br>380 Rector Place<br>Apt 8L<br>New York, NY 10280<br>917-975-2800 | **Aaron Levy and Mathew Levy**<br>126 Undercliff Rd<br>Montclair NJ 07042<br>917-885-0260 |
| **Shirley Cabrera c/o Madnani Facial Plastics**<br>800 Fifth Avenue Suite 301<br>New York, NY 10065<br>917-859-4858 | **Anna Araman**<br>34 Farview Farm Rd<br>Redding, CT 06896<br>646-342-1660 |
| **Dr. Sergei Kalsow MD PC**<br>1049 5th Ave<br>Unit 2D<br>New York NY 10028<br>646-653-2287 | **Anna Araman c/o Octoly**<br>244 Fifth Avenue<br>Suite D61<br>New York, NY 10001<br>646-342-1660 |
| **Charlie Sahadi c/o Sahadi's**<br>187 Atlantic Ave<br>Brooklyn, NY 11201<br>718-624-4550 | **Barry Janay c/o Rick Steiner Fell & Benowitz LLP**<br>90 Broad Street 25th Floor<br>New York, NY 10004<br>917-756-8501 |
| | **Barry Janay c/o The Law Office of Barry E. Janay P.C**<br>33 Plymouth Street #202A<br>Montclair, NJ 07042<br>917-756-8501 |

If the defendant is an individual:                                    *N/A*

The defendant, _See attached list_ , is a citizen of the State of
(Defendant's name)

_New York, New Jersey, Bronx County_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_N/A_ .

If the defendant is a corporation:

The defendant, _See attached list_ , is incorporated under the laws of

the State of _New York, New Jersey_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state)  _N/A_

and has its principal place of business in  _N/A_ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Christine_ _M_ _Araman_
First Name              Middle Initial              Last Name

_42 Peck Slip Apt 2A_
Street Address

_New York_              _NY_              _10038_
County, City              State              Zip Code

_917-796-6924_              _christine.araman@gmail.com_
Telephone Number              Email Address (if available)

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked **Federal Question**

Which of your federal constitutional or federal statutory rights have been violated?

Anti-trust Violations
Enterprise Corruption
Discrimination
Medical Mal Practica – HIPPA Violations, Standard Of Care

### B.   If you checked **Diversity of Citizenship**

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, Christine Araman , is a citizen of the State of
(Plaintiff's name)

New York
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

n /a .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

B.   **Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed. *See Attached List of Defendants*

Defendant 1:
_____
First Name                        Last Name
_____
Current Job Title (or other identifying information)
_____
Current Work Address (or other address where defendant may be served)
_____
County, City                State            Zip Code

Defendant 2:
_____
First Name                        Last Name
_____
Current Job Title (or other identifying information)
_____
Current Work Address (or other address where defendant may be served)
_____
County, City                State            Zip Code

Defendant 3:
_____
First Name                        Last Name
_____
Current Job Title (or other identifying information)
_____
Current Work Address (or other address where defendant may be served)
_____
County, City                State            Zip Code

# Complaintant

**Christine Araman**
42 Peck Slip
Apt. 2A
New York, NY 10038
917-796-6924

# List of Defendants

| | |
|---|---|
| **Real Estate Board of New York**<br>570 Lexington Avenue<br>2nd Floor<br>New York, NY 10022<br>212-616-5200 | **Jonathan Gardner**<br>**Labaton Sucharow LLP**<br>140 Broadway<br>New York, NY 10005<br>Attn: Dept for Court Papers Served<br>212-907-0700 |
| **237 W 105th Street LLC c/o Fred L. Seeman Esq.**<br>32 Broadway Suite 1214<br>New York, NY 10004<br>212-608-5000 | **Federal Bureau of Investigation**<br>26 Federal Plaza<br>New York, NY 10278<br>Attn: Legal<br>212-384-1000 |
| **Real Broker LLC**<br>27 West 24th Street<br>Suite 407<br>New York, NY 10010<br>855-450-0442 | **Nina Carlow Esq c/o Bronx County District Attorney**<br>198 E 161st Street<br>Bronx NY 10451<br>718-590-2000 |
| **Alex, Beverly, Paul Araman**<br>380 Rector Place<br>Apt 8L<br>New York, NY 10280<br>917-975-2800 | **Aaron Levy and Mathew Levy**<br>126 Undercliff Rd<br>Montclair NJ 07042<br>917-885-0260 |
| **Shirley Cabrera c/o Madnani Facial Plastics**<br>800 Fifth Avenue Suite 301<br>New York, NY 10065<br>917-859-4858 | **Anna Araman**<br>34 Farview Farm Rd<br>Redding, CT 06896<br>646-342-1660 |
| **Dr. Sergei Kalsow MD PC**<br>1049 5th Ave<br>Unit 2D<br>New York NY 10028<br>646-653-2287 | **Anna Araman c/o Octoly**<br>244 Fifth Avenue<br>Suite D61<br>New York, NY 10001<br>646-342-1660 |
| **Charlie Sahadi c/o Sahadi's**<br>187 Atlantic Ave<br>Brooklyn, NY 11201<br>718-624-4550 | **Barry Janay c/o Rick Steiner Fell & Benowitz LLP**<br>90 Broad Street 25th Floor<br>New York, NY 10004<br>917-756-8501 |
| | **Barry Janay c/o The Law Office of Barry E. Janay P.C**<br>33 Plymouth Street #202A<br>Montclair, NJ 07042<br>917-756-8501 |

Defendant 4:

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____ State _____ Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _New York County, Bronx County_

Date(s) of occurrence: _All dates are noted in Exhibit List In Evidence_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

An integrated group of people in New York and work in New York retaliated against me, based on their belief that I am weak and pass blame on me with accusation they have projected onto me. They are defendants Paul Araman, Matthew and Anna Araman. The retaliation comes from their belief that I know something about drugs but the fact is Dan Marro, a former Narcotics agent with Homeland Security was investing people from our hometown in Old Tappan NJ. They retaliated against me using people as "buffers" to commit violent crimes and evade prosecution by claims I am involved with sleeping with the mafia as in the criminal conduct against Charly Schad; retaliated by infultrating my Real Estate brokerages + REBNY clays the same a claims that I have something against people of the Jewish Faith with blocked income because REBNY members went along with doing this to me; and infultrated cosmetic surgeons to threat surgery out come and using private investigators, govenmt employees and law corps to do this to me, resulting in Antitrust Violations,

Enterprise Corruption, HIPPA law violations, any medical injuries to my body, and discrimination. This complaint is explained in full and the facts of this case are attached, and with supporting documentation. These are crimes of power, in which different courts were used to steer a false profile of my person and the judges were uninformed and mis informed, manipulating false data, and decisions rendered by the Judges. Please see attached complaint in full.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

- Assault victim in the immediate after math of 9/11, emergency room
- attempted murder, assault victim. 3 lacerations needing 10 staples in head, emergency room
- medical injuries, neglect, violations of HIPPA Laws, medical malpractice, hate crime 9/11 through Dr Kalsow and Shirley Cabrera of Madison Facial Plastics
- by Antitrust Violations through REBNY sustained loss of income, damage to credit and ability to rent an apartment resulting in homelessness and discrimination of Levy to REBNY about me
- wrongful conduct of unidentified person, and Charley Sahadi

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

- 30 million from REBNY
- 30 million from Aaron Levy and Matthew Levy
- Civil and Criminal sanctions against Anna Arama, Paul Arama and Matthew Levy.
- Order of Protection against Beverly Arama, Alex Arama, Paul Arama, Anna Arama, Matthew Levy, Aaron Levy
- Reimbursement of Medical Fees
- Reimbursement of Legal Fees
- whatever else the judge deems just and proper.

Page 6

EXHIBITS LIST
In Evidence
Dates of and Occurances

1. Letter to Tamir Poleg, Real Broker LLC 09/26/21

2. Letter regarding both Nina C. Carlow Esq. and Barry Janay Esq. from Attorney Grievance Committee 06/29/21

3. Aggravated Harassment Complaint filed against Charlie Sahadi and related Internal Affairs Complaint 2021-2458, 05/27/21

4. Email from Real Broker LLC, New York Broker Celina Iaboni, **05/07/21**, termination letter **05/10/21**, Refund from REBNY **05/17/21**

5. Dr. Sergei Kalsow, violations of HIPPA laws resulting in injury/malpractice, transaction receipts, $8,200. emails 06/22/21. Corrective surgery paid invoices from with Dr. Stephen T. Greenberg, $11,500, 08/25/21

6. Dr. Dilip D. Madnani surgical receipts $2,000 and $2,500 regarding Shirley Cabrera, violation HIPPA laws 11/25/20 and 12/09/20

7. Property Shark-HPD Violation ID 14117747 and 14117746 regarding 237 W 105th Street LLC c/o Fred Seeman, Esq., **04/02/21** supporting illegal, litigation to steer a frivolous and vexatious **Order** in housing court against me. Appearance Activity **04/06/20**, and Proposed Discontinuance Stipulation Email **05/11/22**, support no statutes of limitation expiration yet.

8. HPD Building Info regarding Property Registration, Fred Seeman c/o 237 West 105th Street LLC shows illegal litigation to steer a frivolous and vexatious Order in housing court against me.**04/02/2021**

9. Gmail/email from IAB, Detective Feraris Complaint No. 2021-2458 regarding unidentified person stalking and sexually harassing me in front of my current residence. 02/03/21

10. Law Office of Barry Janay Legal Fees $250.00, 05/18/20, and $3000.00, 07/07/20, for violations of attorney/client relationship regarding Levy, Araman and seeking new business with Real Estate/REBNY members.

11. 9/11 Certifications 05/29/19 and supporting notes 03/06/2002 from Dr. Elizabeth Wilk-Rivard, IJS Occupational Health Center acknowledging assault related to the immediate aftermath of 9/11. The perp was used as a "buffer" for a hate crime by Anna Araman, Matt Levy- Paul Araman covered up for both persons.

12. Letter from Fred L. Seeman Esq. regarding vacate and surrender possession of premises 08/14/2018

13. Past cases in New York County District Attorney can and will be used to further point out vicious and malicious prosecution that evidence was illegally deferred and distributed to Family and Housing cases were constructed, steered, and to influence how decisions are rendered by Housing Court Judges that have a committee of REBNY member Attorneys that select them, but that on 03/29/2017 the New York County District Attorney refused to prosecute in favor of the accused.

14. NYNEX phone document supporting constructed retaliation and blackmail that establishes its earliest dates via phone hijacking resulting in mistaken identity. This method and constructed docs have been used and distributed in several courts to ambush me, even if sealed, engaging in anti-trust violations, enterprise corruption, discrimination, and injuries from violent crimes significantly on 09/22/2001 and in late summer of 2009, 10/18/20 and 05/27/21, all related and done by defendants in this case. Evidence is also found in The People v Lance Berry and points out corruption of NYPD detectives misinforming and informing criminal court Judges that handled the case requesting information from my NYNEX phone records.

15. Dan Morro, from Old Tappan, NJ, is a recent former Federal Narcotics Agent with Homeland Security. It is a statement of fact that Morro used me as bait for his investigations that caused retaliation, financial injuries, and violent crimes to me. Morros's friends from our high school, significantly Arthur Nalbandian Esq. and Dr. Mark Bramwit are dually **integrated** with both Morro in government and with defendants and other people investigated in crimes of power. Morro's friends have indeed thrown me "under the bus" in fear of retaliation from other well connected people and families from our high school and hometown and that have deferred to my parents, Alex and Beverly Araman, who put crime of power as a priority instead of my own safety that indeed thwarted the outcome of court decisions, and damaging the ability to flourish financially; these are indeed crimes of power, significantly involving Paul Araman, Anna Araman Mathew Levy and Aaron Levy. The impact on decisions rendered in different courts over the years and this year are related and are measurable and immeasurable. The evidence contained in court files can and will be used against the defendants as the law is on my side, pointing to anti-trust violations, discrimination, personal injuries, HIPPA law violations under the umbrella of crimes of power. Therefore, FBI New York is sued. NY County DA finally has acknowledged these issues See decline to prosecute in favor of the accused. **03/29/2017** but has still failed to date to prosecute defendants Mathew Levy and Anna Araman, covered up by Paul Araman and people of power known to Paul Araman.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

October 12th, 2021
Dated

Plaintiff's Signature

Christine     M     Araman
First Name          Middle Initial          Last Name

42 Peck Slip Apt 2A
Street Address

New York                        NY          10038
County, City                    State          Zip Code

917 - 796 - 6924
Telephone Number

Christine.araman@gmail.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

EXHIBITS LIST
In Evidence

1.  Letter to Tamir Poleg, Real Broker LLC 09/26/21

2.  Letter regarding both Nina C. Carlow Esq. and Barry Janay Esq. from Attorney Grievance Committee 06/29/21

3.  Aggravated Harassment Complaint filed against Charlie Sahadi and related Internal Affairs Complaint 2021-2458, 05/27/21

4.  Email from Real Broker LLC, New York Broker Celina Iaboni, **05/07/21**, termination letter **05/10/21**, Refund from REBNY **05/17/21**

5.  Dr. Sergei Kalsow, violations of HIPPA laws resulting in injury/malpractice, transaction receipts, $8,200. emails 06/22/21. Corrective surgery paid invoices from with Dr. Stephen T. Greenberg, $11,500, 08/25/21

6.  Dr. Dilip D. Madnani surgical receipts $2,000 and $2,500 regarding Shirley Cabrera, violation HIPPA laws 11/25/20 and 12/09/20

7.  Property Shark-HPD Violation ID 14117747 and 14117746 regarding 237 W 105th Street LLC c/o Fred Seeman, Esq., **04/02/21** supporting illegal, litigation to steer a frivolous and vexatious **Order** in housing court against me. Appearance Activity **04/06/20**, and Proposed Discontinuance Stipulation Email **05/11/22**, support no statutes of limitation expiration yet.

8.  HPD Building Info regarding Property Registration, Fred Seeman c/o 237 West 105th Street LLC shows illegal litigation to steer a frivolous and vexatious Order in housing court against me.**04/02/2021**

9.  Gmail/email from IAB, Detective Feraris Complaint No. 2021-2458 regarding unidentified person stalking and sexually harassing me in front of my current residence. 02/03/21

10. Law Office of Barry Janay Legal Fees $250.00, 05/18/20, and $3000.00, 07/07/20, for violations of attorney/client relationship regarding Levy, Araman and seeking new business with Real Estate/REBNY members.

11. 9/11 Certifications 05/29/19 and supporting notes 03/06/2002 from Dr. Elizabeth Wilk-Rivard, IJS Occupational Health Center acknowledging assault related to the immediate aftermath of 9/11. The perp was used as a "buffer" for a hate crime by Anna Araman, Matt Levy- Paul Araman covered up for both persons.

12. Letter from Fred L. Seeman Esq. regarding vacate and surrender possession of premises 08/14/2018

13. Past cases in New York County District Attorney can and will be used to further point out vicious and malicious prosecution that evidence was illegally deferred and distributed to Family and Housing cases were constructed, steered, and to influence how decisions are rendered by Housing Court Judges that have a committee of REBNY member Attorneys that select them, but that on 03/29/2017 the New York County District Attorney refused to prosecute in favor of the accused.

14. NYNEX phone document supporting constructed retaliation and blackmail that establishes its earliest dates via phone hijacking resulting in mistaken identity. This method and constructed docs have been used and distributed in several courts to ambush me, even if sealed, engaging in anti-trust violations, enterprise corruption, discrimination, and injuries from violent crimes significantly on 09/22/2001 and in late summer of 2009. 10/18/20 and 05/27/21, all related and done by defendants in this case. Evidence is also found in The People v Lance Berry and points out corruption of NYPD detectives misinforming and informing criminal court Judges that handled the case requesting information from my NYNEX phone records.

15. Dan Morro, from Old Tappan, NJ, is a recent former Federal Narcotics Agent with Homeland Security. It is a statement of fact that Morro used me as bait for his investigations that caused retaliation, financial injuries, and violent crimes to me. Morros's friends from our high school, significantly Arthur Nalbandian Esq. and Dr. Mark Bramwit are dually **integrated** with both Morro in government and with defendants and other people investigated in crimes of power. Morro's friends have indeed thrown me "under the bus" in fear of retaliation from other well connected people and families from our high school and hometown and that have deferred to my parents, Alex and Beverly Araman, who put crime of power as a priority instead of my own safety that indeed thwarted the outcome of court decisions, and damaging the ability to flourish financially; these are indeed crimes of power, significantly involving Paul Araman, Anna Araman Mathew Levy and Aaron Levy. The impact on decisions rendered in different courts over the years and this year are related and are measurable and immeasurable. The evidence contained in court files can and will be used against the defendants as the law is on my side, pointing to anti-trust violations, discrimination, personal injuries, HIPPA law violations under the umbrella of crimes of power. Therefore, FBI New York is sued. NY County DA finally has acknowledged these issues See decline to prosecute in favor of the accused. **03/29/2017** but has still failed to date to prosecute defendants Mathew Levy and Anna Araman, covered up by Paul Araman and people of power known to Paul Araman.

September 26th 2021

United States District Court
Southern District of New York
Re: COMPLAINT

Dear Honorable Justice of the Court

The Federal Questions to be addressed in this suit is Anti-Trust Violations, Enterprise Corruption and Discrimination

I do not reside at 77 Pearl Street Apartment 3B any longer yet while I lived there I was a victim of sexual harassment and falsely accused of being associated with prostitutes my landlord William S Hocking rented to, by private investigators who were paid to do this to me and NYPD who were paid to help them for their client; perpetrators that through paid professional services that utilize NYPD, did commit crimes of power, and did commit violent acts to me using other persons as "buffers" (at the time the People v  Karen Panoch, Arrest date Sept 22, 2001 ) to take the blame. This person now lives in Florida.

The sexual harassment infiltrated both where I lived and where I worked intended for the community I work with and live in to be averse to me up to and including violent crimes to me: I did indeed lose work, career opportunities and income because of this sexual harassment, attrition, and does align with **antitrust violations**. It has perpetuated to the next landlord and the next landlord and so on.

Since the **attorneys** (REBNY lawyers) that represent the landlord have indeed colluded with private investigators and NYPD to "profile" me as a person and behavior that I am not in any way, the "committee" at the Supreme Court Appellate Division, which are made up of **lawyers and non-lawyers**, the integrity has indeed been compromised aligning with premeditated bias, discrimination, and antitrust violations. Any further effort that I make to correct vexatious documents through the proper channels of the Appelate Term, would be asking the adversary group or "committee" that willingly forged forward colluding with perpetrators of violent crimes to me, that did this to me in the first place. Their own private investigator is receiving convoluted information that is intended to evade any wrongdoing of Bronx Assistant District Attonrey, Nina Carlo, and doing this by even having my own attorney Barry Janay side with an industry he is trying to tap into, Real Estate, an industry that has been infiltrated with slander and sexual harassment with perpetrators Aaron Levy, Mathew Levy and fueled by my brother ex-wife Anna Pilato Araman helping Levy. Paul Araman defers to my parents Alex and Beverly Araman to cover up the crimes for Anna Araman. It is illegal for anyone to defer to my parents to cover up such heinous and unspeakable crimes I have endured.

And I have personally witnessed the same of the housing court judges who are friends and colleagues of the **REBNY Real Estate Lawyers** who represent the landlord. It is comparable to a group of people in a fraternity or sorority, aligning with words described as "ridiculousness" and "circus". The Real Estate Attorneys representing landlords over the years indeed deliberately sabotaged my career and ability to have an income. This included evictions and lock out where over **$30,000** of personal belongings were stolen from me from 1999 to date for each eviction, significantly in 2016 where electronics such as phone and tablet were stolen from me. I believe these items were used to falsely impersonate me.

This also pertains to my attempts to hire even my own attorney, significantly Barry Janay. I hired this attorney based on perpetrators blocking career and income, but then compromised the attorney/client relationship by catering to **Real Estate Industry lawyers and non-lawyers, who are members of REBNY**. Janay strategically and deliberately used toxic family members to undermine my credibility and grievances, and after he already wrote a cease and desist letters to Alex Araman Beverly Araman Lisa Araman Paul Araman and Anna Pilato Araman,  to assist and collude with Real Estate persons of money, power, and connections, related to the issues with perpetrators,  that hired private investigators to uproot my life over and over, and suffer through financial hardships slandering my good name to the community and industry professionals, especially in 2014 while in school for Real Estate and licensed shortly after.  I paid Barry Janay $ **3000.00**.  He harassed me by intimidation for more money; moreover, he asked for even more money for documents that I could subpoena myself, that did prove beyond a reasonable doubt that my personal phone number indeed was hijacked and used to harass other people. The perpetrators significantly engaged **Howard Lorber, a board member at REBNY**, and **REBNY members Douglass Elliman Real Estate**. There is probable cause to believe that **Bo Dietl** was involved with getting paid to slander and profile me using various manipulative methods to influence the community. These issues align with Anti-Trust Violations.

This is a statement of fact that is supported by, significantly, the harassment and illegal court proceedings of **Jaime Heiberger**, member of **REBNY**, an attorney for Steve Kates for 52 Hamilton Place, in an eviction case where this Brownstone was also for sale, mortgaged by Kensington Mortgage, and is a special legal designated SRO Brownstone Building. I had personal property stolen, they engaged in blocking income in Real Estate to pay my rent, I was evicted in the spring of 2016, I was then homeless for one year and 10 months. These legal issues using the platform of housing court to harass me, involves many causes of action, up to and including **Anti-trust Violations.**

This is a statement of fact that is supported by, significantly, the harassment and illegal court proceedings of **Fred Seeman**, a member of **REBNY**, attorney for 237 West 105th Street LLC, a case which is vexatious and harassment in itself, because both the landlord and this attorney were knowledgeable that they could not start a court action to recover the premises of Apartment 4 at 237 West 105th Street because of violations not corrected to date of an invalid building registration. The building is 4 floors not 50 Floors. This is documented on property shark website as well as the HPD website. The attorney for the landlord colluded with the client for the private investigator and the paid off NYPD. The broker from R New York, that rented me this apartment, **Sabine Meile-Lefebvre, a member of REBNY** was knowledgeable that the building was in violation from attempting possession of the apartment and aided the landlord and attorney in slandering me to the co-tenants. She is now at Compass Real Estate. Most of all the housing Judge, **Judge Thermos**, now in Queens, was misinformed and uninformed with convoluted information, resulting in what could have been toxic results to my life with the type of Order he signed. It must be revoked. These legal issues using the platform of housing court to harass me, involves many causes of action, up to and including **Anti-trust Violations**. I also was sick in which the mold and mildew in the building made it extremely hard to breathe, in January of 2019, which turned out be also Covid, but I was forced to move out of the building, and into a hotel, where I was displaced for Four months because of executive rules in February 2020 by the governor, spending an amount that exceeds **$8,000.00**

**The Real Estate Board of New York (REBNY) and its members engaged perpetrators who paid private investigators and NYPD to sexually harass me, discriminate against me, and block me from the pursuit of having an income through my real estate license and affiliations with other real estate brokerages to do this.** These legal issues using the platform of housing court to harass me, involves many causes of action, up to and including **Anti-trust Violations.**

Related to the causes of action of REBNY members and lawyers and non-lawyers, the sexual harassment that is intended to thwart my income and infiltrate the community, is a complaint made with Internal Affairs on around February 3rd 2021 regarding a person that tracked me where I currently live to a hardware store on Gold Street and back, a person I believed to be a plain clothes cop, making embarrassing and humiliating accusations about my body, and did make threats that he was going to tell my neighbors in the build that I am a whore, and did threaten to tell my current landlord that I am a whore, according to his false and defamatory statements, and did it outside where others heard this that live in my building. What this person said repeatedly and tracked me repeatedly, from my current apartment building to the Hardware store on gold Street, and back again to my apartment building, and further communicating falsehoods to a neighbor in the building, is defined as Sexual Harassment and stalking and did this with no legitimate purpose and to deliberately continue to communicate slander to thwart business in real estate and disrupt my home life.

Further related to the perpetuated sexual harassment, a constant "hit" on my character, on May 27th 2021, I was compelled to take out a criminal complaint for aggravated harassment, against Charley Sahadi of Shaadi's' on Atlantic Avenue in Brooklyn. My parents know Charley Sahadi for many years. Charley Sahadi made accusatory accusations to me on the phone several times, that I consider also to be sexual harassment, asserting that I am having sex with the mafia; asserting that I am involved with the wrong people. These accusations are false; I am the boss of my life and there is no one having a bad influence on me in any way, and no one has the power to do that to me.

These accusations stem from Anna Araman and Paul Araman evading responsibility for inducing not only violent crimes but medical crimes through cosmetic surgeons they convinced I was involved with unsavory people and living an unsavory lifestyle. The doctors include Dr. Allan Mattarasso in 2003, and recently, Dr. Kalsow and his staff. Both these doctors severely violated HIPPA laws.

My father and mother are covering up harassment and premeditated violent crimes of Anna Pilato Araman and Paul Araman, involving the Cutrone family and Mathew Levy to help them. They are extremely toxic twisted people.

Therefore, law enforcement have been able to get away to having an income at my expense for many years, making well connected people like Aaron Levy and his son Mathew Levy paranoid of me, while evading criminal prosecution and civil sanctions.

I also saw a cosmetic surgeon Dr. Madnani, in the last six months where the office manager, Shirley Cabrera, told me that I should change my name. There is no need to change my name. Changing your name means that you have something to hide. I don't have anything to hide. There is highly probable cause that HIPPA laws were violated by other prohibited from communicating with this Doctors Office and staff about me.

The issue here is that this is the fault of Cyrus Vance Jr. showing compassion and leniency for persons of money, power, and influence; Aaron Levy and Mathew Levy, then deferring to Paul Araman and Anna Pilato Araman, then pass blame on my mother and father to cover up illegal activity of private investigators and NYPD helping them. This deception of the facts has led to convoluted decisions that are rendered in courts. These are crimes of power, and Cyrus Vance Jr. failed to arrest them. It has snowballed out of control and has deeply affected my ability to have the income that I should have. The DA literally is empowering the clients of these private investigators to strip me of the basic human rights and to afford a comfortable, normal, quality of life. Because of the relationship the DA has with people of money, power, and influence, I constantly have to deal with this torment, and especially because many of real estate lawyers, landlords, and real estate management companies, and brokers are also members of **REBNY**.

REBNY will not allow me to be member. It is essential to my career, income, and quality of life. I personal arranged for my Brokerage, Real Broker LLC to become a member of REBNY for New York Real Estate Agents. REBNY then gave my brokerage, Real Broker LLC and ultimatum to drop me to have the Real Broker LLC accepted as a member. Real Broker LLC then disassociated me as a commercial and residential real estate agent, and I lost my equity investment in **May 2021**, when the government restrictions lifted for the pandemic lifted, and which is supported by the intimidating email sent to me by the New York Broker of Record, **Celinda Iaboni**. There is highly probable cause to believe that this broker and Real Broker staff were slandering and discriminating against me by communications between them and other brokers and that have made serious threats to my life, for example, Real Estate Broker, **David Calderazzo**, a **REBNY** member doing the same to the managing New York Brokers in the **Corporate Office of Citi Habitats, REBNY members**. Real Broker LLC used an illegitimate excuse to do this to me demanding that their logo is on everything that is associated with anything that is on the internet about me, even if it is not real estate related. Real Broker LLC made a false claim that they are my client. Real Broker LLC is not my client; the legal relationship is an independent contractor basis to secure real estate rental and sales transactions through their designated real estate transactional portal.

Significantly, Cyrus Vance Jr lack of accountability extends to  Bureau 80 at the New York County DA;s office, Ms. "Tiana" is well aware that a constructed case influenced by the perpetrators, using "phone hijacking "to try and get me into court, was both dismissed and sealed in 2004, yet this bureau allowed fabricated false documents created by the influence of the perpetrators influencing industry people that I am affiliated with to be documented by the Real Estate Attorney for the landlord William S. Hocking, (77 Pearl Street) who is a member of **REBNY** and teaches classes at **REBNY**. I now realize that "phone hijacking" was used as a "vehicle" to make up false and accusatory accusations about how I live my life and that all cases are illegal and that I am indeed the crime victim but treated like the "defendant"

ADA Stuart Silberg is the only one from that office that has acknowledged that I am being harassed, significantly on March 29th 2018  But I do not agree that he can not arrest Anna Araman based on her jealousy; It is indeed her narcissistic jealousy that induces other people to be used as "buffers" to do her dirty work, which includes, Mathew Levy who she influenced to take out, yet again, a false complaint, this time in family court that I am making anti-Semitic slurs to him and that significantly Anna Araman and Paul Araman has been communicated with jealous girls from Old Tappan who are responsible for a violent crime to me many years ago, that my brother was responsible for, and was covered up by my father, Alex Araman.

Interestingly, this false complaint was taken out right after I had tried to get an Order Of Protection against Paul Araman and Anna Araman in family court when I started my new career in Real Estate in 2014. I was being tracked and harassed by him and Anna when I was in Real Estate School at New York REI in 2014 and thereafter with other brokerages I was affiliated with.  Anna Araman and Mathew Levy's connections with club promotion people for example, the **Cutrones**, and with brokers they know from **Douglass Elliman Real Estate** have been thwarting my ability to work in Real Estate, from the start, significantly **Gordon Von Broock** from Elliman, REBNY member, and his brother **Erik Von Broock** from **Kensington Mortgage Company**.

The District Attorney's Office needs to pay me to make up for this torment I have endured, and they need to arrest Mathew Levy, Anna Araman and Paul Araman. They need to put them through prosecution for the violent acts they have used others as "buffers" to do to me.

My life is completely different since the pandemic and there is zero tolerance for any uprooting or tormenting my life with this Discrimination against me and Anti-Trust violations, that is also falsely documented in courts, clearly to help lawyers and non-lawyers who have participated and ganged up on me, that think they can get away with civil and criminal sanctions. This convoluted constructed fake information about me clearly has had huge impact on how court decision are rendered.

The money I have is for rent and living expenses. I pay my rent every month. My rent and living expenses are synonymous with also having an income. I find it quite disgusting the Cyrus Vance Jr will not acknowledge that I am the true victim, making excuses for people of money power and influence, abuse law enforcement and know they can defer to toxic family members to uninform and misinform other ADA's at the New York County DAs Office, which does the same to Judges.

I am a certified victim of the events of 9/11 for Cancer and Chronic Rhinosinusitis, as listed in the **James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R § 88.15.** This law includes compensation from a loss having to do with calculating economic loss, capped annual income for **$200,000** for each year of loss. Since I am considered a gig worker, and an independent contractor, the $200,000 per year since September 11th should pertain to me as this economic loss and legal issues directly have to do with the fact that I am a victim of the events of 9/11. And as a result if the events of 9/11 I am crime victim as well, due to the physical assault of "pick me" "buffer" Karen Panoch, (The People -v- Karen Panoch,) while residing in the 9/11 zone at 77 Pearl Street apt 3B, in which Anna Araman and Mathew Levy are responsible for their hate crimes and discrimination against me, because of my ethic background as a person of middle eastern descent, did plan to cause physical pain and danger to my life while thwarting my ability to have an income through paid private investigators and cooperating paid NYPD. This was covered up by my parents for **Paul Araman** because he was married to Anna Araman at the time.

The causes of action regarding these perpetrators, Aaron Levy and Mathew Levy in association with REBNY and its members is Discrimination and Anti-Trust Violations which I believe relief should be awarded to me in the amount of Thirty Million Dollars, **$30,000,000.00**

In addition, Aaron Levy and his son Mathew Levy are responsible for having to do with **Enterprise Corruption**. This is a charge in New York Penal Law, 460.20 that is analogous to Federal RICO charges and is viable to my claims, in that Levy and Levy, willingly participated in a scheme with the organization, America Online, to sexually harass, annoy, alarm me, with Levys employer at the time, Warner, Elektra, Atlantic Records, a subsidiary of Time Warner. It was done through an area of a chat room, pretending to be me, and giving out personal residential phone and address. As a result of the relationship that formed between AOL, Aaron Levy, Mathew Levy and their employer, Time Warner, did invest proceeds in AOL and did have interest in the same, forming Time Warner/AOL.

Although this information speaks for itself, it should also be noted that in late August of 2015, even a convicted felon who apparently was also a Vietnam Vet assigned to a special "task force" made an admission after being terminally diagnosed with cancer, confessed to me that the assault I experienced in the Bronx in 2009 was having to do with Mathew Levy making false accusations to the community in the Arthur Avenue area of the Bronx, that I had something against Italians, that I have somethings against the Gigante family from Old Tappan, NJ, and that I was talking to the FBI about this particular family. I am well aware that Mathew Levy does this in collusion with Anna Pilato Araman and other Gambino associates of theirs.

I believe that this is true but that Levy also had help from Anna Pilato Araman and Paul Araman, as at that time I was working as a **2015 Ambassador for the US Open**, and the Ambassador Manager was constantly making jokes comparing me to the "weak" older brother in the Godfather movie, and it was also at the time that unbeknownst to me util 2018, that in 2015 around that time, Mathew Levy, took out a vexatious family court complaint about me, that I mentioned earlier in this letter, claiming that I am making anti-Semitic slurs. Clearly, it is a disgusting attempt to use the Jewish Faith as a weapon against me to thwart my relationships with people in the Real Estate industry as many of the Brokerages I was with are run by people of the Jewish faith and are religious, as well as the fac that I was working part time at a Kosher

Restaurant, Mikes Bistro, as I had just started my new career in Real Estate and it is 100% commission, and needed to make sure I had my rent covered. I was fired from Mikes Bistro. The owner Mike made indications pointing at my landlord, his attorney and friends that stab you in the back.


REBNY member lawyers and non-lawyers along with the perpetrators, continue to do the same contacting my current landlord which is supported by the documentation and complaint to Internal Affairs.

Exhibits are furnished and other exhibits will be furnished as they come available.

The **defendants** in this case are          listed under "List of Defendants' page. (16)

I am respectfully requesting that the Judge in this court grant me 30 million dollars from REBNY, 30 million dollars from Real Broker LLC and 30 million dollars from Aaron Levy and Mathew Levy. I am seeking criminal sanctions against Anna Pilato Araman Mathew Levy Aaron Levy and Paul Araman.


Sincerely,

Christine Araman

EXHIBITS LIST
In Evidence

1. Letter to Tamir Poleg, Real Broker LLC 09/26/21

2. Letter regarding both Nina C. Carlow Esq. and Barry Janay Esq. from Attorney Grievance Committee 06/29/21

3. Aggravated Harassment Complaint filed against Charlie Sahadi and related Internal Affairs Complaint 2021-2458, 05/27/21

4. Email from Real Broker LLC, New York Broker Celina Iaboni, **05/07/21**, termination letter **05/10/21**, Refund from REBNY **05/17/21**

5. Dr. Sergei Kalsow, violations of HIPPA laws resulting in injury/malpractice, transaction receipts, $8,200. emails 06/22/21. Corrective surgery paid invoices from with Dr. Stephen T. Greenberg, $11,500, 08/25/21

6. Dr. Dilip D. Madnani surgical receipts $2,000 and $2,500 regarding Shirley Cabrera, violation HIPPA laws 11/25/20 and 12/09/20

7. Property Shark-HPD Violation ID 14117747 and 14117746 regarding 237 W 105th Street LLC c/o Fred Seeman, Esq., **04/02/21** supporting illegal, litigation to steer a frivolous and vexatious **Order** in housing court against me. Appearance Activity **04/06/20**, and Proposed Discontinuance Stipulation Email **05/11/22**, support no statutes of limitation expiration yet.

8. HPD Building Info regarding Property Registration, Fred Seeman c/o 237 West 105th Street LLC shows illegal litigation to steer a frivolous and vexatious Order in housing court against me.

9. Gmail/email from IAB, Detective Feraris Complaint No. 2021-2458 regarding unidentified person stalking and sexually harassing me in front of my current residence. 02/03/21

10. Law Office of Barry Janay Legal Fees $250.00, 05/18/20, and $3000.00, 07/07/20, for violations of attorney/client relationship regarding Levy, Araman and seeking new business with Real Estate/REBNY members.

11. 9/11 Certifications 05/29/19 and supporting notes 03/06/2002 from Dr. Elizabeth Wilk-Rivard, IJS Occupational Health Center acknowledging assault related to the immediate aftermath of 9/1. The perp was used as a "buffer" for a hate crime by Anna Araman, Matt Levy- Paul Araman covered up for both persons.

12. Letter from Fred L. Seeman Esq. regarding vacate and surrender possession of premises 08/14/2018

13. NYNEX phone document supporting constructed retaliation and blackmail that establishes its earliest dates via phone hijacking resulting in mistaken identity. This method and constructed docs have been used and distributed in several courts to ambush me, even if sealed, engaging in anti-trust violations, enterprise corruption, discrimination, and injuries from violent crimes significantly on 09/22/2001 and in late summer of 2009, 10/18/20 and 05/27/21, all related and done by defendants in this case.

14. Past cases in courts (Housing, Family, and NY County District Attorney) can and will be used to further point out that I am the victim and that cases were constructed, steered, to influence how decisions are rendered in court, deliberately misinforming and uninforming Judges, by way of crimes of power and influence, for at least 26 years, and will be furnished as needed and if needed.

September 26th, 2021

Tamir Poleg
CEO
**Real Broker LLC**
27 West 24th Street
New York, NY 10010
855-450-0442

**Re: Federal Questions**

Dear Tamir Poleg.

When anyone enters and or clicks on the url, https://www.joinreal.com/christine-araman they are automatically redirected to a different page on the Real Broker LLC website which is: https://www.joinreal.com/404/agent-missing. Anyone viewing this page that clearly is looking for me, is redirected by Real Broker LLC to contact Real Broker LLC instead of me. To be clear, I did not give you permission to use my name or brand to promote lead generation or income for Real Broker LLC or its Real Estate Brokers/Salespersons. This deliberate inaccurate information is on the internet since May 2021, and high probable cause to believe you have used me for free advertising for Real Broker LLC to attract new business, income, and investors, continuing to do the same after my license was disassociated from Real Broker LLC and Real Commercial LLC in **May 2021**.

Therefore, it is a statement of fact that Real Broker LLC is in violation of using my person, my brand to engage in Lead Generation to steal customers from me, and act as income for Real Broker LLC and Real Estate Brokers/Salespersons when clearly, customers are seeking my business to meet their real estate needs.

This is highly inappropriate, and the violations are severe. Moreover, several employees of Real Broker LLC are deliberately stalking me and harassing me by projecting false accusatory accusations and have indeed engaged in criminal coercion by threatening my license affiliation with ultimatums to force me to associate a company that I own with Real Broker LLC and have falsely "self-entitled" yourselves as a "brand" that I collaborate with.

To be clear, yet again, my role with Real Broker LLC was as an independent contractor to go through the legal rules and regulations; the process of renting and selling apartments through Real Broker LLC, a real estate brokerage firm. That is all. I am not an employee of Real Broker LLC nor was I ever, so therefore I am not paid a salary on your marketing team.

I am the owner of my company and have total control over business affairs and what brands I collaborate with. The business that I own has zero to do with you and there is no option for Real Broker LLC to claim that I must collaborate

my business with a real estate brokerage so that Real Broker LLC can claim any sort of payment or commissions. The commissions that Real Broker LLC was only entitled to commissions that are made from Real Estate Deals, rentals and sales, and in no way is interpreted in my contract with Real that you have control over any other separate business that I am involved in.

I have projected, threatening, abusive, and intimidating emails from a person that works for you by the name **MICHELE ANDERSON** and **projected**, threatening abusive emails that came from a NEW YORK BROKER OF RECORD, **CELINDA IABONI** that bragged to me on the phone she "I for the jugular" followed by the  the email that was sent by Iaboni in May supporting my claims and the email by Anderson, just a few days ago, supporting my claims.
It is a statement of fact that Real Broker LLC and its employees, brokers did block me from cultivating business and working with the other agents which is supported by Celinda Iaboni's communications with a Broker known to me that is colluding with Anna Pilato Araman and Paul Araman that is further supported by a related complaint with Internal Affairs on **February 3rd 2021** regarding an incident from **October 18th 2020**, and with a related criminal complaint on **May 7th 2021.**

Therefore it is with deliberate attempt and did harass, annoy, alarm, intimidate, and coarse me that serves no legitimate purpose and it is a crime in New York State to engage in that sort of criminal behavior/activity and did aided and abetted the same criminal activity of members/employees of **The Real Estate Board Of New York**, to deliberately AMBUSH my career and income, and the money I have invested just when the pandemic lifted that allowed Real Estate Professionals to go back to work, following CDC guidelines, based on false accusations of defamation and slander made about me in 2016, that I can prove beyond a reasonable doubt, that I am the victim of deliberate ambush, and sabotage of my income and my career in Real Estate.

In May 2021, Employees of the Membership Department of The Real Estate Board Of New York claims there was an incident in 2016. That was five (5) years ago, I was unaware there was any issue, and not once did they contact me or set up a meeting to discuss their questions or concerns, or inform me of any alleged problems or issues, and have blocked me from membership in May 2021, when I was the one that initiated the on boarding membership process of Real Broker LLC and REBNY April 2021 through May 2021.

The criminal activity that the employees and affiliations with Real Broker LLC are indeed intended to misguide a Judge and how court decisions are rendered.

I am seeking **30 MILLION DOLLARS (30,000,000)** from you, the principals at Real Broker LLC, Real Broker LLC, and Tamir Poleg c/o Real Broker LLC, and I am seeking **30 MILLION DOLLARS (30,000,000)** from The Real Estate Board of New York, as REBNY lawyers and REBNY non-lawyers.

It is a statement of fact that I am a certified victim of the events of 9/11 but that specifically, a victim of a pre-meditated hate crime due to an assault crime related to the events of 9/11, (The People -v- Karen Panoch 09/22/01) and that my name and person is a victim of mistaken identity in the community, through several platforms using Tech and Phone lines, and paid off private investigators and NYPD, by a group of integrated persons from Old Tappan NJ, paranoid about something to do with drug distribution and getting help to ambush my life and income, through Paul Araman and Anna Pilato Araman, that share common interests to do this to me, having to do with money and inheritance and a long history of violent crimes using other persons as buffers that did indeed compromise the facts when it came to the way judgments are rendered in court.

None the less, these issues do not in any way shape or form privilege you, your employees or affiliations at Real Broker LLC, any Member of REBNY, REBNY lawyer or REBNY non-lawyer, that did aide and abet in this criminal behavior that does indeed support Federal Questions, and Civil Sanctions against Real Broker LLC and The Real Estate Board of New York.

The Real Estate Board of New York and Real Broker LLC have indeed used convoluted personal issues that are not part of my income or career or the Real Estate Industry to ambush my ability to have an income, develop and pursue my livelihood in Real Estate.

Federal Questions associated with these issues is supported by **ANTI-TRUST VIOLATIONS** and **DISCRIMINATION**, and whatever the Judge will deem just and proper.

REBNY lawyers and non-lawyers: Do not bother anyone at my place of residence, including my landlord or any of their immediate family members **directly** or by a **third party** because I have notified law enforcement.

Sincerely,

*Christine Araman*

Christine Araman
42 Peck Slip
Apt 2A
New York, NY 10038
917-796-6024

## ATTORNEY GRIEVANCE COMMITTEE

ABIGAIL T. REARDON
CHAIR

MILTON L. WILLIAMS, JR.
VICE CHAIR

STATE OF NEW YORK
SUPREME COURT APPELLATE DIVISION
180 MAIDEN LANE · 17TH FLOOR
NEW YORK, NEW YORK 10038
(212) 401-0800
EMAIL: AD1-AGC@NYCOURTS.GOV

JORGE DOPICO
CHIEF ATTORNEY

DEPUTY CHIEF ATTORNEY
ANGELA CHRISTMAS
NAOMI F. GOLDSTEIN
VITALY LIPKANSKY
RAYMOND VALLEJO

STAFF ATTORNEYS
DANIEL D. BAEK
SEAN A. BRANDVEEN
KEVIN P. CULLEY
KEVIN M. DOYLE
PETER M. HERTZOG
KELLY A. LATHAM
JUN H. LEE
THOMAS M. LEE
NORMA I. LOPEZ
NORMA I. MELENDEZ
ELISABETH A. PALLADINO
KATHY W. PARRINO
ORLANDO REYES
YVETTE A. ROSARIO
REMI E. SHEA
DENICE M. SZEKELY

June 29, 2021

<u>PERSONAL AND CONFIDENTIAL</u>

Christine Araman
42 Peck Slip, Apt 2A
New York, NY 10038

Re:    Matter of Nina C. Carlow, Esq.
       Docket No. 2021.0427

       Matter of Barry E. Janay, Esq.
       Docket No. 2020.1774

Dear Ms. Araman:

Pursuant to your written request for reconsideration of the above-referenced complaint, we forwarded your letter, together with the entire file to the Committee, an independent board of lawyers and non-lawyers appointed by the Appellate Division, First Judicial Department.

That independent review has now taken place and I have been formally advised that the Committee decided not to proceed further with your complaint for the same reasons that it was initially dismissed. Specifically, there is no new evidence warranting further investigation. Accordingly, we cannot be of further assistance in this matter.

Yours truly,

Jorge Dopico
Chief Attorney

**INCIDENT INFORMATION SLIP**
PD 301-164 (Rev. 07-15)     Vet · 3 comruk

Date: 5/27/21

Welcome to **001 PRECINCT:  16 ERICSSON PLACE, NY, NY 10013     (212) 334-0611**
      (Command)         (Address)           (Telephone No.)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.: 2526     Accident Report No.: _____     Aided Report No.: _____

Reported to: _____     Date of Occurrence: 4/12/21     Time: _____
      (Rank)   (Name)      (Shield No.)

Location of Occurrence: 42 Peck slip

Crime: Aggravated Harassment

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number **(212) 334-0632** . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**

Related to Internal Affairs Complaint 2021-2458 on February 3rd, 2021 from the negligence and failure to acknowledge a crime at the 1st Precinct regarding an October 18, 2020 related crimi of stalking and harassment, and related to Federal Questions.

# CHASE *for* BUSINESS

Printed from Chase for Business

## TOTAL BUS CHK (...3160)
BLUE SKY BRAND NEW YORK LLC

# $964.64
Available balance

$0.00
Available credit

$964.64
Available plus credit

$964.64
Present balance

---

### Uncollected funds                                                          Total   $0.00

---

### Account activity

SHOWING

| Search | ⌄ |

Filtered by:    All transactions        $400 to $400

| Date | Description | Type | Amount |
|------|-------------|------|--------|
| May 17, 2021 | REBNY 212-6165216 NY 05/13 (...1424) | Card | $400.00 |
| Apr 26, 2021 | REBNY 212-6165216 NY 04/24 (...1424) | Card | −$400.00 |



**Contract Termination**
1 message

&lt;support@joinreal.com&gt;
To: christine.araman@joinreal.com

Mon, May 10, 2021 at 10:05 AM

real

# Contract Termination

## Dear Christine,

This is to confirm that your Independent Contractor Agreement with Real (Real Broker LLC, Real Broker NY, LLC, Real Broker MA, LLC, Real Broker CT, LLC, Real Brokerage Technologies, Inc) is terminated.

Please take three minutes to fill out this short exit survey so that we can continue to improve our offering.

If you are using an @JOINREAL.COM email account, please note that the account is immediately suspended. If you require additional time to access your email account, please reply to this email in the next 24 hours and one of our Support Team members will be glad to help provide you temporary access. After this time, your email and G-Suite account will be deleted and all information will be lost.

Real will maintain your transaction paperwork per the requirement of your license state or states. Your access to the transaction management system or systems Real provided will be revoked in 1 business day. Please take this time to gather any documentation you need a copy of from these systems.

Thank you for choosing Real and good luck in your future endeavors.

Yours,

Tamir and the Real team

*Copyright © 2021 Real Broker, LLC; Real Broker NY, LLC; Real Broker Commercial LLC, All rights reserved.*

27 W. 24th St., Suite 407, New York, NY 10010

## Re: Real has re-joined REBNY

Celinda from Real <celinda.iaboni@real.intercom-mail.com>

Fri 05/07/2021 9:53 AM

To: Blue Sky Brand New York <hello@blueskybrandny.com>

Hi Christine,

I hope you are doing well today. I spoke with others at Real to confirm all this. Let me address some of your points one by one, in no particular order.

1. Regarding the PR website you reference, https://www.hundredstoriespr.com/real-estate-clients, they appear to be a PR firm who has done work for developments. They are simply showcasing their portfolio of clients. They are NOT holding themselves out to be real estate licensees.

2. Regarding your email signature, I don't know if the 24 West 24th Street, 10th Floor address is your other business/company, but the way you have it makes it appear that it is Real's address. Furthermore, if you want to have real estate in that same email signature, it must be in compliance.

Our name is not The Real Brokerage, Inc. Your license hangs with Real Broker LLC.

Your options are to place "Licensed Real Estate Salesperson," "Real Broker LLC" and "855-450-0442" elsewhere in your email signature, separate from your other address, or to remove it. The phone numbers must be labeled in whatever style you like ("o" for office, or "cell" for cellular, for example).

3. Regarding your personal website, BlueSkyBrandNY.com, whether you like this answer or not, since you choose to include your real estate activities on your personal website, then that section 100% becomes under the purview of the NYS BORE. Once you have that license, anywhere you market yourself as a licensee, you must be in compliance. Basically put, by having your license, you are held to a higher standard. You can either remove real estate completely from your website, or you can make the real estate section compliant.

To make it compliant, the real estate section would have to have the following, **ABOVE THE FOLD**, meaning on the top half of the page:

-Real's logo (many colors and hi-res versions here: https://marketing.joinreal.com/category/logos/)
-The full name Real Broker LLC
-The main number of 855-450-0442
-The phone numbers labeled however you like, such as "o" for office or "cell" for cellular.
-A link to the NY Fair Housing Notice here:
https://dos.ny.gov/system/files/documents/2021/03/fairhousingnotice_new.pdf
-You must submit your website to support@therealbrokerage.com and have your broker and Marketing review for compliance.

Also, the slides you are using on your Join page are not current. We have a dynamic presentation here: https://marketing.joinreal.com/category/about-real/

4. With regards to REBNY, RLS and IDX, REBNY has stated that you had an incident with them in 2016 and they do not know if they will be welcoming you back as a member. They will not disclose to me what the incident was.

At the end of the day, I am not going to argue or go back and forth with you. I am the responsible broker for the state of NY and my license is on the line. I have spoken with my boss and this is our decision. We would love to have you continue at Real, please make the necessary adjustments to all your sites.
Thank you. celinda

🖇 NYSAR Realtors Advertising guide.pdf

 **Celinda** from Real

On Thu, May 6, 2021 at 06:47 PM, "Christine Araman" <hello@blueskybrandny.com> wrote:
  My company and website fall under the same category as the example here:

  https://www.hundredstoriespr.com/

  My work separate from real estate has nothing to do with fair housing and other regulations. Its hospitality, live events branding

  Christine Araman
  Blue Sky Brand New York LLC
  A brand marketing & advertising company
  www.blueskybrandny.com
  m. 917-259-4046

  Licensed Real Estate Salesperson
  The Real Brokerage
  24 W 24th Street, 10th Floor
  New York, NY 10010

  See my Listings/Deals on Streeteasy

  *Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions.

  Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.
  On Thu, May 6, 2021 at 06:41 PM, "Christine Araman" <hello@blueskybrandny.com> wrote:
    My website is not dictated by real estate laws. It's not a listing platform in any way. This is my personal website for my brand that is also print, on air and live events. It is in no way a real estate website

Christine Araman
Blue Sky Brand New York LLC
A brand marketing & advertising company
www.blueskybrandny.com
m. 917-259-4046

Licensed Real Estate Salesperson
The Real Brokerage
24 W 24th Street, 10th Floor
New York, NY 10010

See my Listings/Deals on Streeteasy

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know
is valid to confirm the instructions.

Additionally, please note that the sender does not have authority to bind a party to a real estate
contract via written or verbal communication.
On Thu, May 6, 2021 at 06:11 PM, "Christine Araman" <hello@blueskybrandny.com> wrote:
    Are you talking about my signature or my website because I use the join real one for real estate
    work and I thought you checked it already a few months ago...lmk


Christine Araman
Blue Sky Brand New York LLC
A brand marketing & advertising company
www.blueskybrandny.com
m. 917-259-4046

Licensed Real Estate Salesperson
The Real Brokerage
24 W 24th Street, 10th Floor
New York, NY 10010

See my Listings/Deals on Streeteasy

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you
know is valid to confirm the instructions.

Additionally, please note that the sender does not have authority to bind a party to a real estate
contract via written or verbal communication.
On Thu, May 6, 2021 at 06:03 PM, "Celinda Iaboni" <celinda.iaboni@real.intercom-mail.com>
wrote:
    Hi I like the website but you have to follow compliance.. remember you need fair housing and
    Real Broker LLC noted.. remember we talked about this
    Address is yrs because ours is different.. but if you need help let me know... but you can

Case 1:21-cv-08397-RA    Document 1    Filed 10/12/21    Page 28 of 59

check out others too to see how they have integrated Real in their website and social media... enjoy yr weekend celinda

On Thu, May 6, 2021 at 05:57 PM, "Christine Araman" <hello@blueskybrandny.com> wrote:
Sounds good....



Christine Araman
Blue Sky Brand New York LLC
A brand marketing & advertising company
www.blueskybrandny.com
m. 917-259-4046

Licensed Real Estate Salesperson
The Real Brokerage
24 W 24th Street, 10th Floor
New York, NY 10010

See my Listings/Deals on Streeteasy

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions.

Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.
On Thu, May 6, 2021 at 02:43 PM, "Celinda Iaboni" <celinda.iaboni@real.intercom-mail.com> wrote:
Hi Christine
I finally received a phone call back.. from another person there stating that Maryann is vacation and that when she come back will go over all agents status in Rebny...

I also spoke with Dino at olr and they don't so the idx for Rls any longer rebny changed a couple of things internally... so I put in a phone call to Rls to have idx thru chime since all agents have their website thru them too.
So as soon as I find out any more....
I will get back to you asap.

Thank you celinda

On Thu, May 6, 2021 at 01:14 PM, "Christine Araman" <hello@blueskybrandny.com> wrote:
Hi Celinda

My membership still says "pending"

Christine Araman

Blue Sky Brand New York LLC

A brand marketing & advertising company

www.blueskybrandny.com

m. 917-259-4046

Licensed Real Estate Salesperson

The Real Brokerage

24 W 24th Street, 10th Floor

New York, NY 10010

See my Listings/Deals on Streeteasy

*Wire Fraud is Real*. Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions.

Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.

On Thu, May 6, 2021 at 11:51 AM, "Celinda Iaboni" <celinda.iaboni@real.intercom-mail.com> wrote:

Hi Christine,

As Real looks to expand in New York, we have recently become members of REBNY. Now that we are members, all of our agents licensed with **Real Broker LLC** in New York must also become members.

I've recently reached out to you concerning this so this is a follow up to ensure you are on track to join.

I also wanted to use this email to answer a few questions so have included some FAQs below. Please let me know if I can answer any other questions on your mind. I'm working closely with the operations team to facilitate this change so will be glad to help.

Thanks,
Celinda
--

***How much does it cost to join REBNY?*** Associate broker members pay $550 annually. Residential salespersons pay $325 for their first year and $400/year thereafter.

***Where do I sign up for REBNY?*** You can apply online as a residential salesperson or residential broker (Broker C).

***When do I need to sign up for REBNY by?*** You must be an active member by 5/31/2021.

***I'm a commercial agent and licensed under Real Broker Commercial. Do I***

*have to join REBNY?* Agents who are solely commercial and licensed under Real Broker Commercial are not required to join REBNY.

*I'm licensed with Real Broker NY LLC and already a member of another association. Do I have to join REBNY?* If you are licensed under Real Broker NY LLC, you do not have to be part of REBNY.

*I am licensed with Real Broker Commercial or Real Broker NY LLC and want to join REBNY. How can I do this?* We can help you either transfer your license or obtain an additional license to affiliate with Real Broker LLC. Once you are licensed with Real Broker LLC, you can join REBNY.

*I cannot join REBNY. Can I keep my license with Real?* At this time, we are not able to accommodate your license and would have to end your contract with Real if you are not an active member of REBNY by 5/31/2021. I can help to facilitate your offboarding, just get back in touch by replying to this email and we will take care of it for you.



# GREENBERG
## COSMETIC SURGERY
### AND DERMATOLOGY

WOODBURY
160 Crossways Park Drive
Woodbury, NY 11797
516 364-8200

SOUTHAMPTON
365 County Road 39A, Suite
Southampton, NY 11968
631 287-4999

MANHATTAN
45 E 72nd Street, Suite 1C
New York, NY 10021
212 319-4999

STEPHEN T. GREENBERG, M.D., F.A.C.S
SAM SABA, M.D., F.A.C.S.
STEPHANIE A. COOPER, M.D.
JENNIFER STARK, D.O.

www.GreenbergCosmeticSurgery.com

Name: Christine Araman        Date: 7/14/2021

## CONGRATULATIONS ON BOOKING YOUR PROCEDURE!

### SURGERY DATE

Your procedure is scheduled for ___9/8/2021___.    ☐ Woodbury  ☒ NYC

Your procedure is scheduled with:

☒ STEPHEN T. GREENBERG, M.D., F.A.C.S   ☐ STEPHANIE A. COOPER, M.D.   ☐ JENNIFER STARK, D.O.   ☐ SAM SABA, M.D., F.A.C.S

The office will notify you of your exact surgery time the day before your procedure.

### PRE-OPERATIVE APPOINTMENT

Your pre-operative visit is scheduled for ___6/25/2021___ at ___3:30___ AM/PM in:

☐ Woodbury   ☒ NYC   ☐ Southampton

### MEDICAL CLEARANCE

Please have all lab work, EKG, Letter of Medical Clearance & Mammography (if required) done **TWO WEEKS** prior to your surgery date and have the results sent/faxed to our office at (516) 364-6562.

### COST INFORMATION

The total cost for your surgery is $ __11500__. After your deposit of $ __500__, your remaining balance is $ __11,000__.

**YOUR BALANCE IS DUE IN FULL AT THE TIME OF YOUR PRE-OPERATIVE APPOINTMENT. Initials_____**

If you are scheduled for surgery at NSLIJ Plainview Hospital, there will be two additional fees totaling approximately $_____. These fees include your hospital stay, anesthesia, operating room, and pre-surgical testing fees. The hospital fee is due at the time of your pre-surgical testing appointment with Plainview Hospital. The anesthesia fee is due at any time prior to your scheduled surgery. Please contact North American Partners in Anesthesia before your scheduled surgery at (516) 945-3000.

Note: Certain procedures require an overnight nurse with an additional fee of $700. This fee is to be paid directly to the nurse by cash or check on the evening of your procedure.

### CANCELLATION/CHANGE POLICY

If for any reason you should choose to cancel your procedure, we require that you do so within two weeks of the date that you left your deposit. If you should choose to cancel after the two week time requirement, your deposit will not be refunded.

If you have any questions, please do not hesitate to contact our office at any time. We are always available to help you. We look forward to providing you with the finest in cosmetic surgery.

I have reviewed and acknowledge all the information above.

Patient Signature:_____        Date:_____

**Greenberg Cosmetic Surgery**
160 Crossways Park Drive
Woodbury, NY 11797-2028

(516) 364-4200

Patient Name: Christine Araman
Receipt Date: 9/10/2021

| Date | Description | Charge Amount | | |
|------|-------------|---------------|---|---|
| 7/15/2021 | Liposuction  - Inner and Outer Thighs, Banana Roll, Bra Roll | $10,000.00 | | |
| 7/15/2021 | Liposuction - Butt | $1,500.00 | | |
| 7/14/2021 | PAYMENT: Surgery Deposit | | American Express - XXXXXXXXXXX1006 | $500.00 |
| 8/23/2021 | PAYMENT: Surgery Payment | | American Express - XXXXXXXXXXX1006 | $2,000.00 |
| 8/25/2021 | PAYMENT: Surgery Payment | | American Express - XXXXXXXXXXX1006 | $2,500.00 |
| 8/25/2021 | PAYMENT: Surgery Payment | | Visa -  XXXXXXXXXXX8734 | $2,000.00 |
| 9/3/2021 | PAYMENT: Surgery Payment | | American Express - XXXXXXXXXXX1006 | $2,000.00 |
| 9/7/2021 | PAYMENT: Surgery Payment | | Visa -  XXXXXXXXXXX8734 | $2,500.00 |

Total Charges: $11,500.00

Total Paid: $11,500.00
Balance Due: $0.00

Stephen T. Greenberg MD PC

Page 1 of 1

# ESTIMATE OF SURGICAL FEES

## Stephen T. Greenberg, M.D., F.A.C.S., P.C.

Patient Name: **Araman, Christine**
Proposal Date: 7/14/2021

| Procedure Fees | Fees | Adjusted Fees |
|---|---|---|
| Liposuction - Inner and Outer Thighs, Banana Roll, Bra Roll | $10,500.00 | $10,000.00 |
| Liposuction - Butt | $1,500.00 | $1,500.00 |
| **Total Cost of Surgery:** | **$12,000.00** | **$11,500.00** |

This quote includes all pre and post-operative visits. Bloodwork (Pre-surgical labs include basic hemogram blood testing), an EKG, medical clearance, and a mammogram (where applicable) are medically necessary prior to surgery. This will be performed by your primary physician. A covid test, nasal PCR swab, is required 5 days prior to surgery. These are a seperate expense and not included in this quote. If additional lab work is needed pre or post-operatively, the lab will bill you or your insurance plan. As prescription medications vary from patient to patient, they are a separate expense and are not included in this quote.

If revisionary procedures are necessary within the first year, there may not be a surgeon's fee based upon the clinical circumstances, however, the cost of the operating room, supplies and anesthesia would be your responsibility. The proposed surgeon's fee will be in effect for six months. All other fees are current estimates only.

Your Surgical Patient Coordinator will be able to provide you with various payment options which may be used individually or combined according to your wishes. Final payment for your procedure(s) is due in full at the time of your preoperative visit, which usually takes place approximately 3 weeks prior to the procedure date. Please note that your initial surgery deposit (left at time of booking surgery) will be non-refundable unless requested within 14 days of booking your surgery.

Please discuss all arrangements regarding payment of your account with your surgical coordinator Donna, Dawn, Jocelyn, or Gabi prior to your preoperative visit.

We understand that a situation may arise that could force you to postpone your surgery. Please understand that such changes affect not only your surgeon but other patients as well. Dr. Greenberg's time, as well as that of the operating room staff, is a precious commodity and the surgical schedule can not be modified within 14 days of any surgical date. We request your courtesy and concern.

If you need to cancel your surgery between 8 and 15 days before surgery, you are entitled to a refund, with the exception of a $1500.00 cancellation fee. Should you find it necessary to cancel your surgery 7 days or less before your scheduled surgery, there will be absolutely no refund. The full amount of your fee will be forfeited.

I have discussed the above items with the Surgical Patient Coordinator and fully understand the fees provided, as well as my financial obligations indicated above.

 Gmail                                     Christine Araman <christine.araman@gmail.com>

## Re: REFUND

1 message

**Sergei Kalsow** <sergeikalsow@gmail.com>                               Tue, Jun 22, 2021 at 7:59 PM
To: Christine Araman <christine.araman@gmail.com>

Hi Christine,

I did my best to give you the result you are looking for from the surgery. I understand you are not happy, so sure let's settle it and move on. I will refund you the 1800. I am attaching the release form which states that we are resolving this dispute. Let me know how to send you the money. I can venmo, do bank transfer, etc. Whatever works best for you. Thank you, Dr.Kalsow.

On Fri, Jun 18, 2021 at 12:22 PM Christine Araman <christine.araman@gmail.com> wrote:

You are now making up scenarios that do not exist. This is the bottom line. I paid you for services that you failed to
do. I am willing to pay for the liposuction in the back but all you did was bruise me up for the inner and outer thigh and you did not even
reach the correct location of my body. The bruising went away in two days because you did not perform the services paid for.

You also made the excuse that it was "tight"

I already had a consultation with another doctor to see what he thinks.

I am prepared to litigate in Supreme Court against you and the horrific experience I had as I have the harassing text messages from your employee. There are pictures and measurements taken before and after and weekly after.

As I told you, this surgery is part of a business plan to get back to work and financial income, after covid because time is money,

There is no legitimate purpose for your failure to do your job. And there is nothing health-related that prevents the surgery
to be a success as I do not drink and I do not smoke as a normal actively healthy woman.

I would never set foot in your office again because I do not feel safe and your staff's irate behavior is exemplary of violations
of HIPPA laws; it was deliberate that the surgery date was messed up. There were communications to of your office that
engaged in those communications to thwart the outcome of the surgery and the experience overall.

This has everything to do with services that you failed to perform. The canisters with the fat in was not even from my own surgery.

Enough back and forth. Either pay me back for the surgery or I litigate.


Christine Araman


On Fri, Jun 18, 2021 at 9:27 AM Sergei Kalsow <sergeikalsow@gmail.com> wrote:
> Hi Christine,
> I am sorry you are disappointed.  I performed all services we talked about and tried my best to do the best I can.
> When I told you that you will not see much of a difference in some areas I meant it and I thought you understood that
> and were okay with it.   But I understand you are not happy and I want to resolve it.  I can call you next few days?
> What is the best number to reach you?
>
> I am not sure what you mean by Hippa violation, everything is confidential and my office does not discuss your case
> with anyone, including anyone that referred you.
>
>
> Thanks,
> Sergei Kalsow

> On Tue, Jun 15, 2021 at 6:46 PM Christine Araman <christine.araman@gmail.com> wrote:

Dr. Kalsow,
You need to refund me for the services that you did not perform. The surgery was originally
quoted as $7000 and after I added the inner and outer thighs which came to a total of $8500.
You need to refund me one thousand eight hundred dollars ($1,800.00

I am not coming to your office. I consider it to be a very threatening environment. You and
your staff members are in violation of HIPPA laws.


Christine Araman



Website: www.drkalsow.com
www.kalsowplasticsurgery.com
Instagram: **doctor.serge**
Phone: (212) 653-8726
Address:  1049 5th Ave Unit 2D
New York, NY 10028.



Website: www.drkalsow.com
www.kalsowplasticsurgery.com
Instagram: **doctor.serge**
Phone: (212) 653-8726
Address:  1049 5th Ave Unit 2D
New York, NY 10028.

 **Release of all claims pdf.pdf**
28K

# Release of All Claims

I _____, for the sole consideration of the procedure that I received, hereby for myself, heirs, executors, administrators, assigns and personal representatives, release, waive and forever discharge, Sergei Kalsow, MD

FACS, affiliated practices, staff, physicians, nurses, and all other persons, firms or corporations charged or chargeable with responsibility or liability, from any and all liability, obligations, rights, claims, demands, actions or causes of action of whatsoever cause or character, including without limitation, any claims or alleged claims for medical malpractice or professional negligence, however such claims are styled, arising out of or related to procedures Performed.

I have carefully read the foregoing Release; that I know and understand the content thereof; that I have relied wholly upon my own judgment, belief, and the knowledge of the nature, extent and duration of any and all my damages; and, that I sign this Release as my own free act and deed with the intent of being bound by its terms.

Signed this ___ day of _____.

In exchange for signing this agreement, I will receive a 1,800 refund from Dr. Kalsow's office.

_____ Signature

_____ Name

_____
_____ Address

 **Gmail**

Christine Araman <christine.araman@gmail.com>

## Transaction receipt from SERGEI KALSOW MD PC for $900.00 (USD)

1 message

Auto-Receipt <noreply@mail.authorize.net>                    Mon, May 3, 2021 at 10:38 AM
Reply-To: noreply@mail.authorize.net
To: christine.araman@gmail.com

SERGEI KALSOW MD PC
1049 5TH AVE UNIT 2D
MANHATTAN, NY 10028
6466532287

### Order Information

Description:     Goods or Services
Invoice                                    PO Number:
Number:                                    Tax Exempt:     No
Customer ID:

**Billing Information**              **Shipping Information**

10038

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|------------|------------|
| 1 | Goods/Services | | 1 | Y | $900.00 (USD) | $900.00 (USD) |

|  |  |
|---|---|
| Shipping: | $0.00 (USD) |
| Tax: | $0.00 (USD) |
| Duty: | $0.00 (USD) |
| Surcharge: | $0.00 (USD) |
| **Total:** | **$900.00 (USD)** |

### Payment Information

| | |
|---|---|
| Date/Time: | 03-May-2021 07:38:48 AM PDT |
| Transaction ID: | 63015223993 |
| Payment Method: | MasterCard XXXX3850 |
| Entry Mode: | Keyed |
| Transaction Type: | Purchase |
| Auth Code: | 003801 |

### Merchant Contact Information

SERGEI KALSOW MD PC
MANHATTAN 10028
US
SERGEIKALSOW@GMAIL.COM

Customer Copy

 Gmail

Christine Araman <christine.araman@gmail.com>

---

## Transaction receipt from SERGEI KALSOW MD PC for $1100.00 (USD)
1 message

---

**Auto-Receipt** <noreply@mail.authorize.net>
Reply-To: noreply@mail.authorize.net
To: christine.araman@gmail.com

Mon, May 3, 2021 at 10:41 AM

SERGEI KALSOW MD PC
1049 5TH AVE UNIT 2D
MANHATTAN, NY 10028
6466532287

### Order Information
Description:  Goods or Services
Invoice
Number:
Customer ID:

PO Number:
Tax Exempt:  No

**Billing Information**

**Shipping Information**

10038

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|------------|------------|
| 1 | Goods/Services | | 1 | Y | $1100.00 (USD) | $1100.00 (USD) |

| | |
|---|---|
| Shipping: | $0.00 (USD) |
| Tax: | $0.00 (USD) |
| Duty: | $0.00 (USD) |
| Surcharge: | $0.00 (USD) |
| **Total:** | **$1100.00 (USD)** |

### Payment Information
Date/Time:          03-May-2021 07:41:15 AM PDT
Transaction ID:     63015231381
Payment Method:     MasterCard XXXX9674
Entry Mode:         Keyed
Transaction Type:   Purchase
Auth Code:          094115

### Merchant Contact Information
SERGEI KALSOW MD PC
MANHATTAN 10028
US
SERGEIKALSOW@GMAIL.COM

Customer Copy

 **Gmail**

Christine Araman <christine.araman@gmail.com>

---

## Transaction receipt from SERGEI KALSOW MD PC for $500.00 (USD)
1 message

---

Auto-Receipt <noreply@mail.authorize.net>                    Tue, Apr 13, 2021 at 11:15 AM
Reply-To: noreply@mail.authorize.net
To: christine.araman@gmail.com

SERGEI KALSOW MD PC
1049 5TH AVE UNIT 2D
MANHATTAN, NY 10028
6466532287

**Order Information**

Description:      Goods or Services
Invoice                                    PO Number:
Number:                                    Tax Exempt:    No
Customer ID:

**Billing Information**                    **Shipping Information**

10038

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|------------|------------|
| 1 | Goods/Services | | 1 | Y | $500.00 (USD) | $500.00 (USD) |

|  |  |
|---|---|
| Shipping: | $0.00 (USD) |
| Tax: | $0.00 (USD) |
| Duty: | $0.00 (USD) |
| Surcharge: | $0.00 (USD) |
| **Total:** | **$500.00 (USD)** |

**Payment Information**

Date/Time:           13-Apr-2021 08:15:40 AM PDT
Transaction ID:      62973831719
Payment Method:      MasterCard XXXX3850
Entry Mode:          Keyed
Transaction Type:    Purchase
Auth Code:           086630

**Merchant Contact Information**

SERGEI KALSOW MD PC
MANHATTAN 10028
US
SERGEIKALSOW@GMAIL.COM

Customer Copy

 **Gmail**

Christine Araman <christine.araman@gmail.com>

---

## Transaction receipt from SERGEI KALSOW MD PC for $3000.00 (USD)

1 message

**Auto-Receipt** <noreply@mail.authorize.net>
Reply-To: noreply@mail.authorize.net
To: christine.araman@gmail.com

Mon, Apr 26, 2021 at 9:27 AM

SERGEI KALSOW MD PC
1049 5TH AVE UNIT 2D
MANHATTAN, NY 10028
6466532287

**Order Information**

Description:      Goods or Services
Invoice
Number:
Customer ID:

PO Number:
Tax Exempt:      No

**Billing Information**                **Shipping Information**

10038

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|------------|------------|
| 1 | Goods/Services | | 1 | Y | $3000.00 (USD) | $3000.00 (USD) |

|  |  |
|--|--|
| Shipping: | $0.00 (USD) |
| Tax: | $0.00 (USD) |
| Duty: | $0.00 (USD) |
| Surcharge: | $0.00 (USD) |
| **Total:** | **$3000.00 (USD)** |

**Payment Information**

Date/Time:          26-Apr-2021 06:27:17 AM PDT
Transaction ID:     62999637710
Payment Method:     MasterCard XXXX3850
Entry Mode:         Keyed
Transaction Type:   Purchase
Auth Code:          002968

**Merchant Contact Information**

SERGEI KALSOW MD PC
MANHATTAN 10028
US
SERGEIKALSOW@GMAIL.COM

Customer Copy

 **Gmail**

Christine Araman <christine.araman@gmail.com>

---

## Transaction receipt from SERGEI KALSOW MD PC for $3000.00 (USD)
1 message

Auto-Receipt <noreply@mail.authorize.net>                          Tue, Apr 27, 2021 at 11:06 AM
Reply-To: noreply@mail.authorize.net
To: christine.araman@gmail.com

SERGEI KALSOW MD PC
1049 5TH AVE UNIT 2D
MANHATTAN, NY 10028
6466532287

### Order Information

Description:      Goods or Services
Invoice                                   PO Number:
Number:                                   Tax Exempt:    No
Customer ID:

**Billing Information**                   **Shipping Information**

10038

| Item | Name | Description | Qty | Taxable | Unit Price | Item Total |
|------|------|-------------|-----|---------|-----------|-----------|
| 1 | Goods/Services | | 1 | Y | $3000.00 (USD) | $3000.00 (USD) |

| | |
|---|---|
| Shipping: | $0.00 (USD) |
| Tax: | $0.00 (USD) |
| Duty: | $0.00 (USD) |
| Surcharge: | $0.00 (USD) |
| **Total:** | **$3000.00 (USD)** |

### Payment Information

Date/Time:         27-Apr-2021 08:05:53 AM PDT
Transaction ID:    63001992779
Payment Method:    MasterCard XXXX3850
Entry Mode:        Keyed
Transaction Type:  Purchase
Auth Code:         032894

### Merchant Contact Information

SERGEI KALSOW MD PC
MANHATTAN 10028
US
SERGEIKALSOW@GMAIL.COM

Customer Copy

**Dilip D. Madnani MD PLLC**
**Madnani Facial Plastics-NYC**
59 E 79th St
New york, NY 10075-0258
(212) 203-8591

**Payment Receipt**

## SALE - APPROVED

| | |
|---|---|
| Patient Name | Araman, Christine |
| Date/Time | 12/09/2020 05:09 PM |
| Payment Method | MC******9674 |
| Transaction Id | d69ad5f04a7d4cc49490a47f7d63f73e |
| Reference Number | 060940 |
| Merchant Id | 0637000000776972 |
| Terminal Id | 0005 |

Total                                                    $2,500.00

## Cardholder Copy
IMPORTANT - Please retain for your records

Cardmember acknowledges receipt of goods and/or services in the amount of the total shown herein and agrees to perform the obligations set forth by the cardmember's agreement with the issuer

**Dilip D. Madnani MD PLLC**                                              **Payment Receipt**
**Madnani Facial Plastics-NYC**
59 E 79th St
New york, NY 10075-0258
(212) 203-8591

### SALE - APPROVED

| | |
|---|---|
| Patient Name | Araman, Christine |
| Date/Time | 11/25/2020 04:24 PM |
| Payment Method | MC******9674 |
| Transaction Id | b1ec92bb1ec74319b319c259de178193 |
| Reference Number | 052359 |
| Merchant Id | 0637000000776972 |
| Terminal Id | 0005 |

Total                                                                    $2,000.00

### Cardholder Copy
IMPORTANT - Please retain for your records

Cardmember acknowledges receipt of goods and/or services in the amount of the total shown herein and agrees to perform the obligations set forth by the
cardmember's agreement with the issuer



### Christine Araman
Phone: **(917) 259-4046**

---

**Property Report** by PropertyShark.com, for:

# 237 W 105th St, New York, NY 10025

Case 1:21-cv-08397-RA   Document 1   Filed 10/12/21   Page 46 of 59

# Violations

## 1. HPD Violations

When excessive violations are present, this can adversely affect the support given by The NYC Department of Housing Preservation and Development (HPD). These violations can result in building-wide inspections, fees, and the requirement of extensive repair work to correct underlying conditions. In some cases, outstanding violations may result in a lien being placed on the property. It is also substantially more difficult to mortgage a building with extensive violations.

### Summary

| | |
|---|---|
| Class A violations | 1 |
| Class B violations | 1 |
| Class I violations | 1 |
| Total open violations | 3 |
| Class description | |

| Violation ID | Inspection date | Class | NOV issue date | Status |
|---|---|---|---|---|
| 14117747 | 4/2/2021 | I | | Info nov sent out (4/2/2021) |

Section27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code i27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed.

| Violation ID | Inspection date | Class | NOV issue date | Status |
|---|---|---|---|---|
| 14117746 | 4/2/2021 | A | 4/2/2021 | Nov sent out (4/2/2021) |



(a) I HMC: file annual bedbug report in accordance with HPD rule as described on the back of this notice of violation or as described on HPDS website, WWW. NYC. gov\hpd, search bed bugs.

| Violation ID | Inspection date | Class | NOV issue date | Status |
|---|---|---|---|---|
| 11455964 | 10/26/2016 | I | | Violation dismissed (12/13/2016) |



Section27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code ii27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed.

| Violation ID | Inspection date | Class | NOV issue date | Status |
|---|---|---|---|---|
| 10676676 | 4/15/2015 | B | 4/20/2015 | Nov sent out (4/20/2015) |

Section 27-2040 adm code provide adequate lighting at or near the outside of the front entranceway of the building and keep same burning from sunset every day to sunrise on the day following 100 watts minimum required (light fixtures present)

| Violation ID | Inspection date | Class | NOV issue date | Status |
|---|---|---|---|---|
| 10530667 | 2/3/2015 | I | | Violation dismissed (7/31/2015) |

Section27-2107 adm code owner failed to file a valid registration statement with the department as required by adm code 27-2097 and is therefore subject to civil penalties, prohibited from certifying violations, and denied the right to recover possession of premises for nonpayment of rent until a valid registration statement is filed.

Please note: the NYC HPD is the only authoritative source for information on housing violations. Verify the status of the violation on HPD website.

PropertyShark obtains its records from HPD and updates them daily.

# Disclaimer

Copyright 2003-2021 by Property Research Partners LLC

All data comes from government sources. No attempt has been made to validate it. No attempt has been made to validate the accuracy of the programming of this web site. Do not rely on this report to support investment decisions. The only authoritative source for the information in this report is the government agencies from which the data was acquired.



7/23/2021
061620

Services   — Select — ▾    Home

**The selected address: 237 WEST 105 STREET, Manhattan 10025**

| HPD# | Range | Block | Lot | CD | CensusTract | Stories | A Units | B Units | Ownership | Registration# | Class |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37536 Active | 237-237 | 01877 | 0017 | 7 | 19100 | 4 | 4 | 0 | PVT | 100721 | A |

### THIS PROPERTY IS NOT CURRENTLY VALIDLY REGISTERED WITH HPD.

Residential properties are required to register with HPD every year. If you are the owner or agent for this property, go to our Property Registration page to find out more about registration requirements or to use our Property Registration Online System, which allows you to begin the registration process. If you just wish to view the existing registration information for the property, click on the Property Owner Registration Information link on the left hand tool bar on this page.

### This address is also known as:

| | |
|---|---|
| 237 | WEST 105 STREET |

Services    News & Features    City Life    City Agencies    Office of the Mayor    Contact Us    Search

|  | Denied, Kimon C. Thermos) |
|---|---|
| 03/13/2020 | Notice of Entry - Decision and Order, Filed By: (P) 237 W. 105th St. LLC |

## APPEARANCE ACTIVITY

| 10/19/2018 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Adjourned: 11/20/2018 |
|---|---|
| 11/20/2018 | Part D, Judge: Kimon C. Thermos, Purpose: Inquest: Court, Outcome(s): Adjourned: 12/03/2018 |
| 12/03/2018 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Adjourned: 01/08/2019 |
| 01/08/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Inquest: Court, Outcome(s): Discontinued - Partial (based on Inquest); Judgment with Possession, no Warrant (based on Inquest) |
| 02/25/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (1) - Vacate Judgment - After Inquest, Outcome(s): Adjourned: 03/11/2019 |
| 03/11/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (1) - Vacate Judgment - After Inquest, Outcome(s): Denied - No Appearance Movant |
| 04/04/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (4) - Restore to Calendar, Outcome(s): Reserved Decision |
| 05/02/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (7) - Allow Represented Litigant to Proceed as Self Represented, Outcome(s): Denied |
| 05/31/2019 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Adjourned: 07/08/2019 |
| 07/08/2019 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Discontinued - Partial (based on Conference); Adjourned: 07/26/2019 |
| 07/26/2019 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Adjourned: 08/21/2019 |
| 08/21/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Trial: Bench, Outcome(s): Adjourned: 09/23/2019 |
| 08/21/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (9) - Restore to Calendar, Outcome(s): Adjourned: 09/23/2019 |
| 09/23/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Trial: Bench, Outcome(s): Adjourned: 10/23/2019 |
| 09/23/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (9) - Restore to Calendar, Outcome(s): Adjourned: 10/23/2019 |
| 10/23/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Trial: Bench, Outcome(s): Reserved Decision (based on Bench Trial); Adjourned: 02/04/2020 |
| 10/23/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (9) - Restore to Calendar, Outcome(s): Reserved Decision |
| 10/23/2019 | Part D, Judge: Kimon C. Thermos, Purpose: Motion (10) - Strike Answer, Outcome(s): Reserved Decision |
| 02/04/2020 | Part D, Judge: Kimon C. Thermos, Purpose: For All Purposes, Outcome(s): Rescheduled: 02/04/2020 |
| 02/04/2020 | Part X - Expediter, Purpose: Trial: Bench, Outcome(s): Rescheduled: 02/04/2020 |
| 02/04/2020 | Part S, Judge: Michelle D. Schreiber, Purpose: Conference: Pretrial, Outcome(s): Adjourned: 03/09/2020 |
| 03/09/2020 | Part S, Judge: Daniele Chinea, Purpose: Conference: Pretrial, Outcome(s): Adjourned: 04/06/2020 |
| 04/06/2020 | Part S, Judge: Daniele Chinea, Purpose: Trial: Bench |

This report reflects information recorded as of  06/07/2021 12:28 PM.  Users should verify the accuracy of information by consulting original court records or sources. The Unified Court System is not responsible for consequential use of this data.

Page 3 of 3

10/7/21, 9:46 PM
Case 1:21-cv-08397-RA   Document 1   Filed 10/12/21   Page 50 of 59
Gmail - Proposed discontinuance stipulation for Araman

 Gmail

Christine Araman <christine.araman@gmail.com>

## Proposed discontinuance stipulation for Araman
1 message

**Shantonu Basu** <sbasu@lsnyc.org>                                          Tue, May 11, 2021 at 4:06 PM
To: Christine Araman <christine.araman@gmail.com>

Hi Christine,

As per our telephone conversation a moment ago, please see attached.

Thanks,

Shantonu



**Please note that due to the COVID-19 outbreak, Legal Services NYC's offices are closed to the public. I will be working remotely during this time, so email is preferred to U.S. Mail. Please visit our website for updates and resources related to Covid-19.**
*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA).  If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*

🕯 *Please consider the environment before printing this email message.*

📄 **Proposed discontinuance stipulation for Araman.docx**
   21K

 Gmail

Christine Araman <christine.araman@gmail.com>

## Regarding your Complaint
1 message

*Complaint # 2021 - 2458*

**IABCMDCNTR** <IABCMDCNTR@nypd.org>                                    Wed, Feb 3, 2021 at 8:10 AM
To: Christine Araman <christine.araman@gmail.com>

Please contact the IAB Command Center at the provided number to clarify your complaint. You can also respond to this email.

Detective Ferraris
*Internal Affairs Bureau*
Office - 212-741-8401


**COMMAND CENTER, INTERNAL AFFAIRS BUREAU**




This e-mail message and any attachment(s) is intended only for the person and/or entity to which it is addressed and may contain CONFIDENTIAL or PRIVILEGED material. Any unauthorized review, use, disclosure or distribution is strictly prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply e-mail and delete/destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately. Please treat this and all other communications from the New York City Police Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY. NO REPORT OR SEGMENT THEREOF MAY BE RELEASED TO ANY MEDIA SOURCES.

# CHASE *for* BUSINESS

## TOTAL BUS CHK (...3160)

### −$3,000.00
Card

Jul 7, 2020
Transaction date

Jul 8, 2020
Posted date

LAW OFFICE BARRY

(844) 562-3572

Description   THE LAW OFFICE OF BARR 844-5623572 NJ 07/07

Also known as   LAW OFFICE BARRY

Card number   (...████)

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.                          Equal Opportunity Lender

# CHASE *for* BUSINESS

## TOTAL BUS CHK (...3160)

### −$250.00
Card

|  |  |
|---|---|
| May 18, 2020 | IN LAW OFFICE BARRY |
| Transaction date | (917) 756-8501 |
| May 19, 2020 |  |
| Posted date |  |

| | |
|---|---|
| Description | IN *LAW OFFICE OF BARR 917-7568501 NY 05/18 |
| Also known as | IN LAW OFFICE BARRY |
| Method | Online, mail or phone |
| Card number | (████) |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC          ©2021 JPMorgan Chase & Co.          Equal Opportunity Lender

WTC Health Program
PO Box 7002
Rensselear, NY 12144



Christine Araman
201 Varick St
Unit 335
New York, New York 10014

Re: ~~██████~~

05/29/2019

**Dear Christine Araman:**

This letter is to inform you that after reviewing medical information provided by the LHI -
Williams Street Clinic (LHIWSC), the World Trade Center (WTC) Health Program has certified
the following health condition(s) as covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 5 7 2019 | Cancer | Intraductal Carcinoma In Situ Of Left Breast |

\* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. §
88.15

Our records also indicate that you are currently certified for the following health condition(s) as
covered for treatment benefits:

| Date of Certification | Condition Category on List of WTC-Related Health Conditions* | Certification Category or Injury |
|---|---|---|
| 4 8 2019 | Chronic Rhinosinusitis | Upper Respiratory Disease Please Contact your WTC Physician for Specific Information |

\* As listed in the James Zadroga 9/11 Health and Compensation Act of 2010 and/or 42 C.F.R. §
88.15

**The WTC Health Program will only provide payment for medically necessary treatment(s)
authorized by your WTC Health Program physician for your certified health condition(s) by
a WTC Health Program participating provider.**

If you would like more information or believe that a health condition is missing, incorrect, or
should be removed, please discuss this with the LHI - Williams Street Clinic (LHIWSC) at 800-
714-7426. If the information in this letter is correct, no further action is necessary.

If you have any other questions, you may contact the WTC Health Program at 1-888-982-4748
Monday through Friday, 9 AM to 5 PM (Eastern Time Zone).

4 of 5

# MOUNT SINAI-IRVING J. SELIKOFF CENTER
## for
## OCCUPATIONAL AND ENVIRONMENTAL MEDICINE

**ELIZABETH WILK-RIVARD, M.D.**
IJS Occupational Health Center
1391 Madison Avenue
New York, New York 10029

Phone: (212) 987-8043
Fax: (212) 987-6649
LIC. 210818

Date 3 | 6 | 02

Patient's Name Ms. Christine Arman   Age _____

Address _____

**Rx**   Refill  0 __ 1 __ 2 __ 3 __ 4 __

Ms Arman is under my medical
care and treatment.
She is a victim of WTC
disaster and a crime victim.
related to her previous roommate
Ms Arman requires peacefull
conditions and avoidance of any

THIS PRESCRIPTION WILL BE FILLED GENERICALLY
UNLESS PRESCRIBER WRITES 'd a w' IN THE BOX BELOW

LAW OFFICES OF
**FRED L. SEEMAN**
32 BROADWAY, SUITE 1214
NEW YORK, NEW YORK 10004

FRED L. SEEMAN, ESQ.
FRED@SEEMANLAW.COM
PETER M. KIRWIN ESQ.
PETER@SEEMANLAW.COM

ALEX TAVAREZ, OFFICE MANAGER

TEL: (212) 608-5000
FAX: (212) 385-8161
WWW.SEEMANLAW.COM

August 14, 2018

**Via-Email: Christine.araman@gmail.com**
**Via-Regular Mail and Certified Mail**
Christine Araman
237 West 105th Street, Apt. #4
New York, New York 10025

      Re:  **Lease Expiration Date of August 31, 2018**
          **Tenant: Christine Araman**
          **Premises:  237 West 105th Street, Apt #4**
                 **New York, New York 10025**
          **Our File No.: F10111**

Dear Ms. Araman:

   This firm is counsel to 237 W. 105th ST., LLC, the Landlord of the above referenced premises.

   Please be advised that your current Lease Agreement with the Landlord expires on August 31, 2018 and your Landlord has determined, in its sole discretion, not to offer you or any of the Tenant of the subject premises a renewal lease or lease extension. Accordingly, you must vacate and surrender possession of the premises, in accordance with the Lease, on or before August 31, 2018.

   Please be further advised that in the event you fail to vacate and surrender possession of the premises, on or before August 31, 2018, the Landlord will commence a summary eviction proceeding against you in order to remove you from said premises for the holding over after the expiration of your term. In said prospective summary proceeding, the Landlord will demand the fair value of your use and occupancy of the premises during such holding over, including, but not limited to, any attorney's fees that it incurs in the event that it is required to take legal action.

   This letter is written at this time not out of any obligation to do so, but rather simply to ensure that there is ample opportunity for you to vacate in an orderly fashion in conformance with the terms of the Lease.

   Please be guided accordingly.

              Very truly yours,

              Fred L. Seeman

cc:  237 W. 105th ST., LLC

X:\Office\Clients\F10111\Letter.Tenant.1.docx

**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

April 13, 2018

To Whom It May Concern:

 The attached document explains that the New York County District Attorney's Office declined to prosecute this arrest. Therefore, the case was not docketed in court and there is no court disposition associated with this arrest. Criminal Procedure Law Section 160.50 governs the sealing and suppression of fingerprints and the destruction of certain arrest paperwork where the criminal action is terminated in favor of the accused.

Sincerely,

Roberto Gonzalez
Case Management Services
Decline to Prosecute Unit
(212) 335-9884



**DISTRICT ATTORNEY**
COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000



**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY

April 13, 2018

To Whom It May Concern:

On 3/29/2017, the New York County District Attorney's Office declined to prosecute charge(s) against the individual listed below:

Defendant Name:    Araman, Christine
Address:    52 Hamilton Pla 3Ff Manhattan   NY
Date of Birth:    2/27/1968
Original Charge(s):    LOC000000V,
Arrest Number:    M17619379
Arrest Date:    3/29/2017
NYSID:    08229660Q

Please address all further inquiries to Daniel Alcantara at (212) 335-9884.

Sincerely,

VALID ONLY WITH
RAISED SEAL

Roberto Gonzalez
Case Management Services
Decline to Prosecute Unit



```
WM 2 581 4575 283
SO 1MR    Q51 CS      PG 1/3                  UPDATE CREDIT INFO           WM 2
CHRISTINE ARAMAN    --- --- TERM    RA         RA 1010 RB XXXX TD  0002 .0825    M
   9-2-95    M        XT 212 265 3282 BDT 09 13 95 PBD 10 10 AMT DUE 280.81
    OTN              212 875-1205
    LN               (OATD) ARAMAN, CHRISTINE
    LA               (OAD) 315 W 55, MANHATTAN,          I 4-20-95
                     NY+ 10019
    LOC              FLR 6/APT 6F                         I 4-20-95
                     ---BILL                              I 10-13-93
    BN1              CHRISTINE ARAMAN
    BA1              APT 6F                                 10-13-93
    BA2              315 W 55.                              10-13-93
    PC               NEW YORK NY 10019                      10-13-93
    CCH              1                                      10-13-93
    SS               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
    TAR              002                                    10-13-93
                     ---RMKS
    RMKR             1-CCO CCO 285/ PR 212 977-3547
                     CT Y                                 I 10-13-93

  09:16 112995 TYPE RESP NOTATION
AOM                                                         ACT  FU-DATE REFL
MNE Q31 111495 TEN  MS    CSRREQ 8-94,9-94,10-94,11-94 LUD  CMT  111795  3103 P
```

This is credit information on my old phone# The circled phone# is not known to me. When I called it in 1995, It was from a location near my apt. I do not know who it belongs to. It was reassigned in Fall of 99.

Phone Harrassment Since 1995

Problem w/ Phone — CROSSWIN

sudden disconnects

Confirmed with NYNEX that phone repair service man had fake NYNEX I.D.

During this time it was made known to me that one certain individual claimed he had lists & lists of calls traced to my old #212 581-4575.