UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

CHRISTINE ARAMAN,

                Plaintiff,

          -against-

BARRY JANAY, et al.,

                Defendants.

———————————————————————— X

Civil Action No. 21-cv-8397-RA

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the Declaration of Barry Janay, owner of The Law Office of Barry E. Janay, P.C., the accompanying Memorandum of Law, as well as upon all other pleadings and proceedings had herein, Defendant will move before the Honorable Robbie Abrams, United States District Judge, Southern District of New York, on a date and time to be set by the Court, for an order granting the application of Defendant:

    (a)    Adjudicating that under Federal Rule of Civil Procedure Rule 12(b)(6) that Plaintiff's Complaint must be dismissed for failure to state a claim upon which relief can be granted.;

    (b)  Granting to Defendant and The Law Office of Barry E. Janay, P.C. such other and further relief which as to this Court deems just, proper, and equitable.

DATED:    New York, New York

               November 17, 2021

THE LAW OFFICE OF BARRY E. JANAY, P.C.

*[signature]*

_____
Barry E. Janay, Esq.
*Defendant*
90 Broad Street
25th Floor
New York, NY 10004
Main Tel: 908-509-7627
Direct Tel: 908-219-7836

To:

    Christine Araman
    42 Peck Slip, Apt. 2A
    New York, NY  10038
    Tel:917-796-6924
    Email:  christine.araman@gmail.com

On November 9, 2021, the Court dismissed this action in full.  Dkt. 23. Accordingly, Defendant Janay's motion to dismiss is hereby denied as moot.

SO ORDERED.

*[signature]*
_____
Hon. Ronnie Abrams
November 18, 2021