```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINE M. ARAMAN,

              Plaintiff,

-against-

REAL ESTATE BOARD OF NEW YORK; 237 105TH STREET LLC; REAL BROKER LLC; ALEX ARAMAN; BEVERLY ARAMAN; PAUL ARAMAN; SHIRLEY CABRERA; DR. SERGEI KALSOW MD PC; CHARLIE SAHADI; JONAHTAN GARDNER; FEDERAL BUREAU OF INVESTIGATION; NINA CARLOW ESQ.; AARON LEVY; MATHEW LEVY; ANNA ARAMAN; ANNA ARAMAN C/O OCTOLY; BARRY JANAY C/O RICK STEINER FELL & BENOWITZ LLP; BARRY JANAY C/O THE LAW OFFICE OF BARRY E. JANAY P.C.,

              Defendants.

1:21-CV-8397 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 9, 2021, the Court dismissed this action as frivolous and for lack of subject-matter jurisdiction. Dkt. 23. On November 19, 2021, Plaintiff filed a letter arguing that the Court erred in dismissing the case and requesting "more time to submit a response." Dkt. 29.

By no later than December 14, 2021, Plaintiff shall file a letter with the Court clarifying whether the Court should construe her November 19 submission as (1) an appeal of the Court's Order or (2) a motion for reconsideration of the Court's Order under Local Civil Rule 6.3. If Plaintiff's November 19 submission is a reconsideration motion, Plaintiff's December 14 letter shall set forth the basis for the Court's jurisdiction under either 28 U.S.C. § 1331 or 28 U.S.C. § 1332.

Plaintiff has consented to electronic service of court documents.  Dkt. 2.

SO ORDERED.

Dated:   November 23, 2021
         New York, New York

                                                      RONNIE ABRAMS
                                       United States District Judge